ZELLNER *et al.*, executors, *v.* MOBLEY *et al.*

*Atkinson, J.*—The present case falls within the well established rule that the discretion of the trial judge in granting a first new trial upon general grounds, where a question of fact is involved, will not be controlled by this court.

November 2, 1896.   Argued at the last term.     *Judgment affirmed.*

Complaint. Before Judge Beck. Monroe superior court. August term, 1895.

*A. M. Speer* and *Willingham & Smith*, for plaintiffs.